Case 6:14-cv-02057-GAP-KRS   Document 16   Filed 06/02/15   Page 1 of 1 PageID 79

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TITO E. MENJIVA and JOAN CALE,**

    **Plaintiffs,**

**v.**                                              **Case No:   6:14-cv-2057-Orl-31KRS**

**E & L CONSTRUCTION SERVICE, LLC,**
**ERICK HERNANDEZ, HALE'S**
**PAINTING and GREG HALE,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiffs' Amended Motion for Court Approval of Settlement and Dismissal With Prejudice (Doc. No. 14), filed May 13, 2015.

On May 15, 2015, the United States Magistrate Judge issued a report (Doc. No. 15) recommending that the motion be denied. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Motion for Court Approval of Settlement and Dismissal With Prejudice (Doc. No. 14) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 2, 2015.

                                                               GREGORY A. PRESNELL
                                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party